David Fink
Fink & Johnson
7519 Apache Plume
Houston, TX 77071
Admission No. 299869
Tel. 713 729-4991
Fax: 713 729-4951
Email: texascowboy6@gmail.com
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| JAMES B. GOODMAN | Civil Action No. 4:12-CV-02069 |
| Plaintiff, | Before District Judge Keith P. Ellison |
| PROMOS TECHNOLOGIES INC. | ECF DESIGNATED |
| Defendant. | DISCLOSURE OF INTERESTED PARTIES |

In accordance with the Order dated July 11, 2012 (Document 2) requiring a disclosure of interested parties, the undersigned attorney for the Plaintiff certifies that there are no other persons or entities having a financial interest on the Plaintiff's side other than the Plaintiff.

Respectfully submitted,

/S/  David Fink

David Fink
Fink & Johnson
7519 Apache Plume
Houston, TX 77071
Tel.  (713) 729-4991
Fax.  (713) 729-4951
texascowboy6@gmail.com

**CERTIFICATE OF SERVICE**

A copy of this document is being served on the Defendant at its Global Sales Office, ProMOS Technologies, 25 Creekside Road, Hopewell Junction, NY 12533 on July 16, 2012 by prepaid first class mail.

Date: July 16, 2012

            /s/ David Fink
            David Fink